## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR271** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **CALVIN HATTEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Notice of Appeal and request for appointment of counsel (Filing No. 61) and the Clerk's memorandum regarding in forma pauperis status (Filing No. 62).  A motion for certificate of appealability was not filed.  The Defendant appeals from the Order (Filing No. 60) denying his Petition for Redress of Grievances (Filing No. 59), and also requests appointment of counsel.  This is not a direct appeal, nor has the Defendant presented his "Petition for Redress of Grievances" as a request for relief under 28 U.S.C. § 2255.  Nonetheless, the Court construes the Defendant's Notice of Appeal as a request for a certificate of appealability, and the Court has reviewed the Defendant's arguments to determine whether he has made a substantial showing of the denial of a constitutional right.  The Court determines that he has not.

Accordingly,

IT IS ORDERED:

1.    The Defendant's Notice of Appeal, construed as a certificate of appealability, and his request for appointment of counsel (Filing No. 61) are denied;

2.    The Defendant is not allowed to proceed in forma pauperis; and

3.    The Clerk is directed to mail a copy of this Order to the Defendant as his last known address.

DATED this 11th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge